NICHOLAS CHARYTZ, Appellant, v. FRANCES KASINSKI, Defendant and Third-Party Plaintiff-Respondent. BRONISLAW ROGOWSKI et al., Third-Party Defendants and Third-Party Plaintiffs-Respondents; EDEN AVENUE DEVELOPMENT

CORPORATION, Third-Party Defendant-Respondent.— In an action in ejectment, plaintiff appeals from a judgment in favor of the defendant Kasinski, dismissing the complaint on the opening of his counsel. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. In our opinion, on the record presented, it was error to dismiss the complaint. (*Runkel* v. *City of New York,* 282 App. Div. 173; *Hoffman House* v. *Foote,* 172 N. Y. 348.) Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.